

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-15-00273-CV

Buddy **CASTEEL** and Jaret Brandon Casteel,
Appellants

v.

Amelia **STAYTON**,
Appellee

From the County Court, Real County, Texas
Trial Court No. 2014-0138CC
Honorable Garry A. Merritt, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on June 26, 2015. *See* TEX. R. APP. P. 35.1. On July 2, 2015, court reporter Lisa C. Greenwalt filed a notification of late record stating the fee to produce the reporter's record had not been paid. We ordered Appellant to pay the fee, and it was paid. On August 4, 2015, Lisa C. Greenwalt filed a second notification of late record and requested an extension of time to file the record until August 10, 2015.

The request for additional time to file the reporter's record is GRANTED. We ORDER court reporter Lisa C. Greenwalt to file the reporter's record with this court by August 10, 2015. *See id.* R. 35.3(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2015.

Keith E. Hottle
Clerk of Court